NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN H. FARO,**
*Petitioner-Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Respondent-Appellee*

---

2019-1476

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:18-cv-00274-AJT-TCB, Judge Anthony J. Trenga.

---

**JUDGMENT**

---

JOHN H. FARO, Faro & Associates, Miami, FL, argued pro se.

CATHERINE YANG, Office of the United States Attorney for the Eastern District of Virginia, United States Department of Justice, Alexandria, VA, argued for respondent-appellee.  Also represented by G. ZACHARY TERWILLIGER;

THOMAS W. KRAUSE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court